IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWENA LEITE** | : | |
|     **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SCHOOL DISTRICT OF** | : | **No. 22-306** |
| **PHILADELHIA** | : | |
|     **Defendant.** | : | |

## ORDER

**AND NOW**, this 20th day of October 2022, upon review of Defendant's Motion to dismiss Plaintiff's Amended Complaint (ECF 8), and Plaintiff's response thereto (ECF 11), it is **ORDERED** Defendant's Motion to dismiss the Amended Complaint (ECF 8) is **GRANTED** and Plaintiff's Complaint is dismissed **WITHOUT PREJUDICE**. Plaintiff shall file a Second Amended Complaint on or before **November 11, 2022** if Plaintiff can plead sufficient facts to state a claim against Defendant consistent with Federal Rule of Civil Procedure 11.

BY THE COURT:

_/s/ Berle M. Schiller_

**Berle M. Schiller, J.**