# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWENA LEITE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SCHOOL DISTRICT OF PHILADELPHIA** | : | **NO. 22-306** |

## ORDER

**NOW**, this 30th day of July, upon consideration of Defendant the School District of Philadelphia's Motion for Summary Judgment (Doc. No. 38), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that judgment is **ENTERED** in favor of the defendant School District of Philadelphia and against the plaintiff Edwena Leite.

_____
TIMOTHY J. SAVAGE, J.